# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| STARZYNSKI, JAMES S. | District of New Mexico | 04/30/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date  ☐ Initial  ☐ Annual  ☑ Final  5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

P.O. Box 546
Albuquerque, NM 87103-0546

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President, sole shareholder and employee | Jamees S. Starzynsi, P.A., fka Starzynski & Strauser, P.A., fka Francis & Starzynski, P.A. Firm not in business. |
| 2. | member | American Bankruptcy Institute |
| 3. | member | National Conference of Bankruptcy Judges |
| 4. | Co-trustee of trust | Trust #1 |
| 5. | Personal representative apptd 23 Oct 06 | Informal probate estate of [redacted] Bernalillo County Probate Court, NM |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 08/14/98 | James S. Starzynski, P.A. for disposition of remainiing assets of corportion (1990 written agreement or subsequent informal agreement with (cont'd Part 8) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STARZYNSKI, JAMES S. | 04/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STARZYNSKI, JAMES S. | 04/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | United States District Court of the District of New Mexico Bench and Bar Fund | Contribution toward expenses for retirement ceremony reception 08/17/2012 | $2500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citimortgage (bought ABN-Amro Mortgage Group, Inc) | Mortgage on rental property, ABQ, NM | M |
| 2. | Citimortgage | Mortgage on former residence #1 now for sale or rent, ABQ, NM | N |
| 3. | U.S. Bank | Mortgage on former residence #2 now for sale or rent, Los Ranchos, NM | O |
| 4. | Great Lakes | student loans for son | K |
| 5. | Spouse Bank of America | credit card | K |
| 6. | Filer Discover Card | credit card | J |
| 7. | Spouse Citibank | credit card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| STARZYNSKI, JAMES S. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Windsor II mutual fund stock | A | Dividend | J | T | | 06/28/12 | J | | |
| 2. -- Vanguard Windsor II mutual fund stock | A | Dividend | J | T | | 12/26/12 | J | | |
| 3. Vanguard Windsor II mutual fund stock | A | Dividend | J | T | | 06/28/12 | J | | |
| 4. -- Vanguard Windsor II mutual fund stock | A | Dividend | J | T | | 12/26/12 | J | | |
| 5. (MultiFinancial) Fidelity Advisor GrowthOpportunities Clas A | | None | J | T | | | | | See Part VIII |
| 6. (MultiFinancial) Fid. Advr (Focus) Health Care Class A | A | Dividend | J | T | | 12/24/12 | J | | See Part VIII |
| 7. (MultiFinancial) Fid Advr Intl Cap Appreciation Class A | A | Dividend | J | T | | 12/10/12 | J | | See Part VIII |
| 8. (MultiFinancial) Fid Advr Intl Cap Appreciation Class A | A | Dividend | J | T | | 12/28/12 | J | | See Part VIII |
| 9. PERA of NM Deferred Comp | | None | K | T | | | | | |
| 10. PERA of NM Money Plan | | None | K | T | | | | | |
| 11. Flat, Newmarket, Suffolk, England (own 1/2) | D | Rent | M | W | | | | | See Part VIII |
| 12. Elvin Estates rental agency account (for flat on Line 10) | D | Distribution | J | T | Distributed (part) | 04/25/12 | J | | self |
| 13. Elvin Estates rental agency account (for flat on Line 10) | D | Distribution | J | T | Distributed (part) | 07/02/12 | J | | self |
| 14. Rental house #1 in ABQ, NM - 08/23/02 - $108,000 | D | Rent | M | R | | | | | |
| 15. Rental house #2 in ABQ, NM - 03/05/04 - $399,000 | E | Rent | N | R | | | | | |
| 16. Rental house #3 Los Ranchos, NM - 06/15/09 - $599,000 | A | Rent | O | R | | | | | Part VIII (Part VI note) |
| 17. Compass Bank acct #5 (240) | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STARZYNSKI, JAMES S. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of ABQ 2006 probate acct #1 (344) (trust asset) | | None | J | T | | | | | See Part VIII |
| 19. Southern Co. (trust asset) | A | Dividend | K | T | | 03/06/12 | | | |
| 20. Southern Co. (trust asset) | A | Dividend | K | T | | 06/06/12 | | | |
| 21. Southern Co. (trust asset) | A | Dividend | K | T | | 09/06/12 | | | |
| 22. Southern Co. (trust asset) | A | Dividend | K | T | | 12/06/12 | | | |
| 23. Omega Flex, Inc. (trust asset) | A | Dividend | J | T | | 12/14/12 | | | See Part VIII |
| 24. Visteon Corporation (trust asset) | | None | J | T | | | | | See Part VIII |
| 25. Land in Bernalillo County, NM (trust asset) $10,000 | | None | J | S | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STARZYNSKI, JAMES S. | 04/30/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 4: Assets of Trust #1 went into estate in informal probate listed in Part 1, Line 5. No assets remain in Trust #1, but it has simply not been closed out.

Part I, Lone 5: Assets listed in Part VII as "(trust)".

Part II (Agreements): (con't.) former co-shareholder in firm.

Part VI (Liabilities): purchased another home and changed residence 08/17/2012. Moved from Los Ranchos, New Mexico house (listed on Part VII, line 16).

Part VII (Investments and Trusts): lines 5 - 8: FNIC replaced as custodian by Multifinancial/Cetera Investment Service. These are mutual funds.

Part VII (Investments and Trusts): lines 11-13: (flat, Newmarket, Suffolk, England, together with associated rental receipts and expenditures account held by Elvin Estates): Flat transferred in CY 2005 (see Self Initiated Amendment [letter] dated May 30, 2007 to the Committee) from estate heir to filer and one other           in equal shares who continue to hold the property jointly. My reports have continuously identified the method of valuation as "estimated". In CY 2006, filer obtained from the rental agency (which also functions as a real estate brokerage/sales office) an expert estimate of the value of the real estate, which value was within the range of $100,000 to $250,000 for the filer. All values shown are for the filer's 1/2 interest. Renters pay a gross of about $1,400/month (950 GBP).

Part VII (Investments): Line 18: Bank of ABQ 2006 Probate acct #1 (344) used for deposit of funds from liquidaation of estate, for period disctributions to estate heirs (no distributions in CY 2012), and payment of expenses of estate (none in CY 2012).

Part VII (Investments and Trusts): Line 23  (Omega Flex, Inc.): values determined by consulting, on 04/29/13, historical stock prices chart at Yahoo Financial. Cash dividend not deposited into Bank of ABQ  account until 02/01/13.

Part VII (Investments and Trusts): Line 24  (Visteon Corporation): values determined by consulting, on 04/29/13, historical stock prices chart at Yahoo Financial.

# FINANCIAL DISCLOSURE REPORT

Page 7 of 7

Name of Person Reporting

STARZYNSKI, JAMES S.

Date of Report

04/30/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES S. STARZYNSKI**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

1824 Lafayette Dr. NE
Albuquerque, NM 87106
April 30, 2013

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, NE
Washington, DC 20544

Re:  Amendment to CY2011 Financial Disclosure Report

Dear Committee:

    Please consider this as an amendment/correction of my 2011
FDR.  Part VI (Liabilities) inadvertently did not include the
following information:

Part VI:

3.    Great Lakes      student loans �restcted  K
4.    Credit card      Filer's Bank of America  K
5.    Credit card      Filer's Discover         J
6.    Credit card        ▭        Discover      J
7.    Credit card      Filer's 1st Nat'l Bank Omaha   J


    The only reason that I can think of why this information
was not included in the original report was that the 2011 report
started with the transferred information from the CY2010 report,
which CY2010 correctly did not include major credit card debt or
student debt in Part VI.  We set up funding for ▭
college education in 2011 but given that we had not had student
debt for a while, it slipped my mind when it came to preparing
my CY2011 FDR.  The credit card debt increased significantly in
CY2011 but for some reason (most likely because ▭
handles that) I simply did not think there was that much
increased credit card debt and did not think to obtain from ▭
▭ specific confirmation that there were not materially
larger credit card balances.

CERTIFICATION:
    I certify that all information given above (including
information pertaining to ▭ and ▭
▭ if any) is accurate, true, and complete to the best of
my knowledge and belief, and that any information not reported

1

was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et seq., 5 U.S.C. § 7353, and Judicial Conference regulations.


James S. Starzynski